IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-33-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING** |
| | **DETENTION HEARING** |
| MARQUIS DELAFEVETTE DAVIS, | |
| Defendant. | |

Defendant has filed a Motion to Vacate Detention Hearing. (Doc. 44.)

Accordingly, IT IS ORDERED that the Detention Hearing presently scheduled for August 15, 2017, is hereby VACATED.

DATED this 14th day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge