IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-33-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING DETENTION HEARING** |
| MARQUIS DELAFEVETTE DAVIS | |
| Defendant. | |

Defendant has filed a motion to vacate the detention hearing. (Doc. 57.) Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for March 17, 2020 at 2:00 p.m. is VACATED.

DATED this 16th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge