IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-33-BLG-SPW |
| --- | --- |
| Plaintiff, | ORDER |
| vs. | |
| MARQUIS DELAFAYETTE DAVIS, | |
| Defendant. | |

For the reasons stated on the record, MARQUIS DELAFAYETTE DAVIS is hereby released from the custody of the U.S. Marshals Service.

DATED this 6th day of April, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1